# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**JEFF HOOD**  Case No 2: 23CV717

       **Plaintiffs,**  **Judge**

**Vs.**

       **Magistrate**

**JOHN Q HAMM, et al**

       **Defendants,**

## MOTION TO BE ADMITTED PRO HAC VICE

ERIC J ALLEN          (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
 Fax No. 614.573.2924
Email:eric@eallenlaw.com

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Counsel for Plaintiff and requests this honorable court admit him pro hac vice. Counsel has attached a certificate in good standing from the Southern District of Ohio. He would also note that the Southern District of Alabama granted his request to proceed pro hac vice in a capital habeas matter late last month.

WHEREFORE, Plaintiff requests he be admitted to the Middle District of Alabama pro hac vice.

Respectfully submitted,

_____
ERIC J ALLEN       (0073384)
The Law Office of Eric J Allen, LTD
4200 Regent, Suite 200
Columbus, Ohio 43219
Tele No. 614.443.4840
Fax No. 614.573.2924
Email:eric@eallenlaw.com

## Certificate of Service

I hereby certify that a copy of this motion was sent by the court's electronic notification system and by electronic email to the Defendant's Counsel this 13th day of December, 2023

_____
Eric Allen