# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**Eric J. Allen (0073384)**

was duly admitted to practice in this Court on

July 9, 2004

and is in good standing as a member of the Bar of this Court.

Dated at  Cincinnati , Ohio on  December 12, 2023  .

*Signature of Clerk or Deputy Clerk*