IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Jeff Hood

    Plaintiff,

v.

John Q Hamm, et al

    Defendants,

CASE NO. 23cv717

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jeff Hood, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/14/2023
Date

(Signature)
Eric Allen
(Counsel's Name)
Plaintiff Jeff Hood
Counsel for (print names of all parties)
4200 Regent Suite 200
Columbus Oh 43219
Address, City, State Zip Code
614 443 4840
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Eric Allen _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th \_\_\_\_\_ day of December _____ 20 23, to:

Alabama Attorney General Steven Marshall, 501 Washington , Montgomery AL

12/14/2023
Date

*[Signature]*
Signature