# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Jeff Hood**, | § § § | |
| Plaintiff, | § § | Civil Case No. 23 CV 717 |
| vs. | § § § | **CONNECTED TO A CAPITAL CASE** |
| **JOHN Q. HAMM**, in his official capacity as Commissioner, Alabama Department of Corrections, and | § § § § § | **EXECUTION DATE: JANUARY 25, 2024** |
| **TERRY RAYBON**, in his official capacity as Warden, Holman Correctional Facility, | § § § § | |
| Defendants. | § § | |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, by and thru counsel, and moves to dismiss the complaint in this matter WITHOUT PREJUDICE.

                                                         Respectfully submitted,

                                                         **s/ Eric Allen**

                                                         _____
                                                         ERIC J ALLEN       (0073384)
                                                         The Law Office of Eric J Allen, LTD
                                                         4200 Regent, Suite 200
                                                         Columbus, OH 43219
                                                         Tele No. 614.443.4840
                                                         Fax No. 614.573.2924
                                                         Email:eric@eallenlaw.com

## Certificate of Service

I hereby certify that a copy of this notice was sent via regular mail to the Attorney General of Alabama, Steve Marshall the same day it was filed.

**s/ Eric Allen**

_____
Eric Allen